UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

IN RE:    JOHN S. MOST
          MANDATORY ELECTRONIC FILING AND NOTICING

CASE NO. 06-mc-4

ORDER

On April 9, 2019, the Clerk of this Court notified attorney John S. Most that he is required to register as an ECF Filing User and consent to service of all documents through this Court's transmission facilities. The Court's records reflect that the attorney has not registered as an ECF Filing User. Therefore,

**IT IS ORDERED**:

1. That the attorney shall become an ECF registered filing user within sixty (60) days from the date of this order on or before **September 3, 2019**.

2. That the attorney shall advise the Clerk of the Court of steps taken to become registered as an ECF filing user within the time allowed herein.

Failure to initiate immediate steps to become registered within the time ordered herein may result in the issuance of Show Cause Orders and/or orders to terminate the attorney's right to practice before this Court.

A copy of this Order shall be filed and entered in case number **18-cv-19** filed in the **Central** division at **Frankfort** of this Court.

Dated July 2, 2019

*Karen K. Caldwell*

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY