Eastern District of Kentucky
**F I L E D**

MAR -2 2020

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| KENTUCKY COAL ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case NO. 3:18-cv-00019-WOB |
| DAVID L. BERNHARDT, Secretary of the Interior, | ) ) ) ) |
| and | ) ) |
| LANNY E. ERDOS, Director, Office of Surface Mining Reclamation and Enforcement, | ) ) ) ) ) |
| Defendants. | ) |

### AGREED ORDER GRANTING JOINT MOTION TO EXTEND STAY

This matter is before the Court on the parties' Joint Motion for Extension of Stay, and the Court, being sufficiently advised, hereby ORDERS that the motion is GRANTED. The STAY in this case is hereby EXTENDED, including Defendants' obligation to respond to the Complaint in this matter, for a period of ninety (90) days from the date of entry of this Order, so that the parties may continue to explore a negotiated resolution of this dispute.

This 2nd day of March, 2020.



Signed By: W.O.B.
William O. Bertelsman
United States District Judge

WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE