UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| KENTUCKY COAL ASSOCIATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEBRA HAALAND, Secretary )<br>of the Interior, et al.[1] )<br>)<br>Defendants. ) | Case No. 3:18-cv-00019-WOB |

## JOINT MOTION FOR STAY

Plaintiff Kentucky Coal Association and Defendants, the Secretary of the Interior and the Director of the Office of Surface Mining Reclamation and Enforcement ("OSMRE"), jointly move the Court for an order staying these proceedings, including Defendants' obligation to respond to the Complaint in this matter, by 90 days from the date of entry of an order granting this Motion, so the parties may continue their ongoing efforts to negotiate a resolution of this dispute. The reasons for this request are set forth in the following memorandum in support hereof.

---

[1] On March 16, 2021, Debra Haaland was sworn in as the 54th United States Secretary of the Interior. Under Fed. R. Civ. P. 25(d), when a public officer sued in his or her official capacity "ceases to hold office while the action is pending," the officer's successor is "automatically substituted as a party."

Respectfully submitted this 14th day of April, 2021.

>CARLTON S. SHIER, IV
>Acting United States Attorney
>Eastern District of Kentucky
>
>/s/ John S. Most
>JOHN S. MOST
>Special Assistant U.S. Attorney
>U.S. Department of the Interior
>Office of the Solicitor
>Three Parkway Center, Suite 385
>Pittsburgh, PA  15220
>412-937-4009 || 412-937-4003 (fax)
>john.most@sol.doi.gov
>
>/s/ T. Lee Gentry
>T. LEE GENTRY
>Assistant U.S. Attorney
>E.D. Kentucky
>260 W. Vine St. Suite 300
>Lexington, KY  40507-1612
>859-685-4830 || 412-937-4003 (fax)
>Lee.Gentry@usdoj.gov
>
>*Counsel for Defendants*
>
>/s/ Richard Clayton Larkin (with permission)
>RICHARD CLAYTON LARKIN
>JASON T. AMS
>DENTONS BINGHAM GREENEBAUM LLP
>300 West Vine Street, Suite 1200
>Lexington, KY  40507
>(859) 231-8500 (telephone)
>(859) 367-3828 (fax)
>clay.larkin@dentons.com
>jason.ams@dentons.com
>
>*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record on April 14, 2021.

        <u>/s/ John S. Most</u>
        JOHN S. MOST